**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6434**

———————————

DAVID M. SIMMS,

Plaintiff - Appellant,

versus

JOHN TAYLOR; W. D. CALL; SERGEANT ROSS;
SERGEANT JONES; SERGEANT JENKINS,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Glen E. Conrad, Magistrate Judge.
(CA-95-1269-R)

———————————

Submitted: June 20, 1996          Decided: July 31, 1996

———————————

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

David M. Simms, Appellant Pro Se. Susan Campbell Alexander, Assis-
tant Attorney General, Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals an order of the magistrate judge denying his motion to reconsider a stay of the case pending exhaustion of the state grievance procedure. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2